No. 79–5002.  WILDER v. TEXAS;

No. 79–5007.  ARMOUR v. TEXAS;

No. 79–5464.  GARCIA v. TEXAS;

No. 79–6603.  SIMMONS v. TEXAS;

No. 79–6749.  PARKER v. TEXAS; and

No. 80–5360.  BRANDON v. TEXAS.  Ct. Crim. App. Tex. Motions of petitioners for leave to proceed *in forma pauperis* and certiorari granted. Judgments vacated and cases remanded for further consideration in light of *Estelle* v. *Smith,* 451 U. S. 454 (1981). Reported below: Nos. 79–5002 and 79–5007, 583 S. W. 2d 349; No. 79–5464, 581 S. W. 2d 168; No. 79–6603, 594 S. W. 2d 760; No. 79–6749, 594 S. W. 2d 419; No. 80–5360, 599 S. W. 2d 567.

No. 80–1315.  HAWAII ET AL. v. MEDERIOS ET AL.  C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Howe* v. *Smith,* 452 U. S. 473 (1981).